# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENYA HAYES,** | : |
| Plaintiff | : |
| v. | : **CIVIL ACTION NO. 1:13-2311** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | : **(JUDGE MANNION)** |
| | : |
| Defendant | : |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The decision of the Commissioner of Social Security denying Kenya Hayes disability insurance benefits and supplemental security income benefits is affirmed.

2. The Clerk of Court shall close this case.

                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

Dated: October 16, 2014
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2311-01 order.wpd